■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD MORGAN, Appellant, v PETER BEHRLE, as Superintendent of Greene Correctional Facility, Respondent. [872 NYS2d 564]—Appeal from a judgment of the Supreme Court (Pulver Jr., J.), entered December 10, 2007 in Greene County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Petitioner commenced this CPLR article 70 proceeding seeking a writ of habeas corpus contending that the warrant used to secure a blood sample from him lacked probable cause. Inasmuch as petitioner could, and apparently did, advance this claim on his direct appeal from the judgment of conviction (*People v Morgan*, 48 AD3d 703 [2008], *lv denied* 10 NY3d 962 [2008]), habeas corpus relief does not lie (*see People ex rel. Cropper v Taylor*, 48 AD3d 852, 853 [2008], *lv denied* 10 NY3d 710 [2008]; *People ex rel. Encarnacion v McGinnis*, 2 AD3d 933 [2003], *lv denied* 1 NY3d 510 [2004]). Moreover, even assuming that petitioner's argument had merit, habeas corpus relief nonetheless would be inappropriate as petitioner would not be entitled to immediate release from prison (*see People ex rel. King v Bennett*, 45 AD3d 1015, 1016 [2007], *lv denied* 10 NY3d 703 [2008]). Accordingly, Supreme Court's judgment is affirmed.

Cardona, P.J., Peters, Spain, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, without costs.